**Erin Jessica EILER, Plaintiff-Appellant,**

**v.**

**AVERA MCKENNAN HOSPITAL; Treating Medical Personnel, Defendants-Appellees.**

**No. 16-1979**

United States Court of Appeals, Eighth Circuit.

Submitted: December 27, 2016

Filed: January 4, 2017

Erin Eiler, Pro Se

Matthew D. Murphy, Boyce Law Firm, L.L.P., Sioux Falls, SD, for Defendants-Appellees

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Erin Eiler appeals the district court's [1] dismissal of her pro se complaint alleging medical malpractice, libel, and slander. Upon careful review, we find no basis for reversal because, among other reasons, we agree with the district court that it lacked subject-matter jurisdiction, *see* Fed. R. Civ. P. 12(b)(1); *Key Med. Supply, Inc. v. Burwell*, 764 F.3d 955, 961 (8th Cir. 2014) (de novo review), as Eiler did not raise a question of federal law or cite to a federal statute, *see* 28 U.S.C. § 1331, and did not allege an amount in controversy sufficient for diversity jurisdiction, *see* 28 U.S.C. § 1332. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.